UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X    21 MC 102 (AKH)

Hon. Alvin K. Hellerstein,
U.S.D.J.

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

**RULE 7.1 STATEMENT OF
TULLY INDUSTRIES INC**

-----------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Tully Industries Inc. certifies that Tully Industries Inc. is a privately held company and that no parent corporation or publicly held corporation owns any interest therein.

Dated: Newark, New Jersey         PATTON BOGGS LLP
       August 6, 2007

                                  By: _____/s_____
                                      James E. Tyrrell, Jr. (JT-6837)
                                      One Riverfront Plaza, 6th floor
                                      Newark, NJ 07102
                                      (973) 868-5600
                                      JTyrrell@PattonBoggs.com

                                  *Attorneys for defendant* Tully Industries Inc.